■ In the Matter of JORGE SOROTE, a Suspended Attorney. [636 NYS2d 675] —Motion for an order seeking reinstatement granted only insofar as to refer this matter to the Committee for a hearing, as indicated. Concur—Murphy, P. J., Sullivan, Rosenberger, Wallach and Ross, JJ.